M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME; KIM STOLFER; JOSHUA FIRST; AND HOWARD BULLOCK, | : | No. 724 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Respondents | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF HARRISBURG MAYOR ERIC PAPENFUSE; AND POLICE CHIEF THOMAS CARTER, | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

> Whether the Commonwealth Court's decision to grant Plaintiffs, who have not been cited under the City of Harrisburg's gun control ordinances and for whom any harm is remote and hypothetical, individual and associational standing to challenge the City of Harrisburg's gun control ordinances, directly conflicts with this Court's jurisprudence.